# UNITED STATES DISTRICT COURT
## District of Minnesota

Gary L. Coson,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number:    20-cv-2359 NEB/LIB

Minnesota Secretary of State, The, State of Minnesota, The,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Coson's objections are OVERRULED;

2. The Report and Recommendation (ECF No. 3) is ACCEPTED;

3. Coson's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE; and

4. Coson's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 2) is DENIED AS MOOT.

Date: 6/7/2021

KATE M. FOGARTY, CLERK